UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In the Matter of

        Chapter 7

    GEORGE R. ORANTES
    a/k/a JORGE R. ORANTES,        Case No.: 817-74749-reg

        Debtor.
---------------------------------------------------------------x

**APPLICATION FOR AN ORDER AUTHORIZING**
**THE RETENTION OF SPECIAL COUNSEL TO TRUSTEE**

**TO:    THE HONORABLE ROBERT E. GROSSMAN,**
        **UNITED STATES BANKRUPTCY JUDGE:**

The application of Kenneth Kirschenbaum states:

1. I am the Trustee herein, appointed in this case on or about August 3, 2017.

2. The services of special counsel are required to enable me to perform properly as trustee.

3. Specifically, the retention of special counsel on behalf of the Estate is necessary in connection with the litigation of a prepetition property damage claim. Prior to filing, the Debtor commenced an action against Lewis Energy in connection with damage sustained to his residence as a result of a fireplace explosion.

4. Harry C. Demiris, Jr., P.C. ("Demiris") was retained by the Debtor on January 14, 2013 pursuant to a Retainer Agreement. A copy of the original retainer agreement is annexed hereto as Exhibit A.

5. I have reviewed the facts and circumstances surrounding the claim with Demiris and I believe that the lawsuit has merit and will produce a substantial benefit for the creditors of the estate. Due to Demiris' familiarity with the case, I desire to retain that firm as special counsel to handle all aspects of the pending lawsuit.

6. The Retainer Agreement provided for a thirty-three and one-third (33 1/3) contingency fee on any amount recovered which shall be computed on the net sum recovered after expenses.

7. To the best of my knowledge, information and belief, no member, associate, or employee of Demiris has any connection with any of the creditors of the estate, their respective attorneys, or other party in interest, they represent no interest adverse to the estate, and they are disinterested persons as that term is defined in Section 101(14) of the Bankruptcy Code.

8. Based upon the foregoing, I submit that the employment of Demiris as special counsel to the trustee in connection with the litigation would be in the best interests of the estate and the creditors.

9. No prior application for the relief requested herein has been made.

WHEREFORE, your Applicant requests an order authorizing the retention of Demiris as special counsel to the trustee, together with such other and further relief as this Court may deem just and proper.

Dated: Garden City, New York
October 5, 2017

s/ Kenneth Kirschenbaum
KENNETH KIRSCHENBAUM, Trustee
200 Garden City Plaza
Garden City, New York 11530
(516) 747-6700