UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In the Matter of

        GEORGE ORANTES,
        a/k/a JORGE R. ORANTES,

                            Debtor.
--------------------------------------------------------X

Chapter 7
Case No. 817-74749-reg

## ORDER SUPPLEMENTING PRIOR BANKRUPTCY COURT ORDER

Kenneth Kirschenbaum, the Chapter 7 Trustee (the "Trustee") for the estate (the "Estate") of George Orantes (the "Debtor"), by and through his attorneys, Kirschenbaum & Kirschenbaum, P.C., having moved by Notice of Motion (the "Motion"), dated January 10, 2022, for the entry of an order:

(a) pursuant to 11 U.S.C. § 105(a), supplementing the order of this Court dated and entered December 28, 2018 (the "Order")[Doc. No. 33] to the extent necessary to implement and give full force and effect to the Order;

(b) pursuant to 11 U.S.C. § 105(a), authorizing the Trustee to appear before a Salvadoran notary or Salvadoran Consul in place of George R. Orantes a/k/a Jorge R. Orantes (the "Debtor") for the purpose of executing any documents necessary to convey title to Roberto Orantes of the 50% property interest in real property in El Salvador (the "Property") which he purchased from the Trustee as authorized by the Order, so as to enable Roberto Orantes to register the Property title in El Salvador;

(c) pursuant to 11 U.S.C. § 105(a), providing a specific description of the El Salvador Property within the requested supplemental order consistent with the laws and protocols of El

Salvador, including the location and registration number of the Property as maintained by the National Registry Center of El Salvador;

(d) authorizing the Trustee to identify the Debtor and Roberto in any conveyance document being filed in El Salvador by the name each is known by in El Salvador, by the unique identification number each has been issued by the government of El Salvador and, to the extent necessary, by the unique tax identification number issued to each one by the El Salvador Ministry of Finance; and

(e) granting such other and further relief as the Court deems just and appropriate;

and Roberto Orantes having paid the amount of $50,000.00 to the Trustee for the Estate's interest in the Property in accordance with the Order, and Roberto Orantes being entitled to acquire title from the Trustee to the interest in the Property which had been held by the Debtor at the time of filing of the Debtor's petition pursuant to Chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), and the Debtor having failed to respond to requests made by counsel for the Trustee and counsel for Roberto Orantes to execute documents required in El Salvador to effectuate the transfer and registration of the Property interest to Roberto Orantes, and the Debtor having failed to participate in legal proceedings relating to the Property which were brought against him in El Salvador, which have resulted in the imposition of a lien against the Property in the Real Estate and Mortgage Property Registry of the National Registry Center of El Salvador, and the specific authorizations requested by the Trustee from the Court being necessary in order to consummate the sale of the Estate's interest in the Property to Roberto Orantes and for Roberto to register the Property interest acquired from the Estate with the National Registry Center in El Salvador, and there being no filed opposition to the Motion, and the Motion having been scheduled to be heard by the

Court on January 31, 2022, and no objections or other responsive pleadings having been filed with the Court, and Steven B. Sheinwald, Esq., of Kirschenbaum & Kirschenbaum, P.C., counsel for the Trustee, having filed a Certificate of No Objection with the Court on January 27, 2022, representing that no objections or other responsive pleadings to the Motion have been received by the Movant, and no one having appeared before the Court in opposition to the Motion, and the Court having found that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) in accordance with 11 U.S.C. § 105(a), the relief sought in the Motion is necessary and appropriate to enforce and implement the prior order of this Court dated and entered December 28, 2018, which authorized the Trustee, pursuant to § 363(b) and Rule 6004 of the Federal Rules of Bankruptcy Procedure, to sell the Estate's right, title and interest in real property located in El Salvador in accordance with the terms and conditions set forth in the Stipulation, and which authorized the Trustee to take any and all steps and execute any documents necessary to consummate the terms and conditions set forth in the Stipulation and to perform any and all obligations contemplated therein; (iv) the Court retained jurisdiction with respect to all matters arising from or related to the implementation of the Order; (v) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (vi) notice of the Motion was sufficient and no additional notice of or further hearing on the Motion is required under the circumstances, and the Court having reviewed the Motion and having determined that the factual, legal and equitable bases set forth in the Motion establish just cause for the relief granted herein, and the Court having determined that it is in the best interest of the Debtor's Estate, its creditors, and all parties in interest to grant the relief requested by the Trustee; now, therefore, it is hereby

**ORDERED**, pursuant to 11 U.S.C. § 105(a), and so as to implement and give full force and effect to the Order of this Court, dated and entered December 28, 2018, the Order shall be supplemented to the following extent:

1. Pursuant to 11 U.S.C. § 105(a), based upon the failure of the Debtor to cooperate with the Trustee, and in order to enable Roberto Orantes to register, in El Salvador, title to the Property corresponding to the Property interest which he purchased from the Trustee pursuant to bankruptcy court order dated December 28, 2018, the Trustee is authorized to appear in place and stead of the Debtor, George Orantes a/k/a Jorge R. Orantes, as the representative of the Bankruptcy Estate of George Orantes a/k/a Jorge R. Orantes, before a Salvadoran notary or Salvadoran Consul for the purpose of executing any and all documents to the extent necessary to convey title to Roberto Orantes of the 50% Property interest in the El Salvador Property which he purchased from the Trustee as authorized by the Order, and which would enable Roberto Orantes to register, in the National Registry Center of El Salvador, the Property title corresponding to the Property interest he purchased from the Trustee.

2. A full legal description of the Property interest purchased from the Trustee by Roberto Orantes pursuant to the Order dated and entered on December 28, 2018, and as described in the records maintained by the National Registry Center of El Salvador, which the Trustee, in place of the Debtor, is authorized to convey to Roberto is as follows:

LOCATION: The property is located in the Center of the city of Sonsonate, in front of the Rafael Campos park, /Lot S/N, corresponding to the geographical location of Sonsonate, Sonsonate.

REGISTRATION REGISTER: registered under the computerized real folio system registration number ONE ZERO ZERO ZERO TWO FIVE FOUR THREE – ZERO ZERO ZERO ZERO ZERO (10002543-00000) of the Real Estate and Mortgage Registry of the Sonsonate Department.

COMPLETE DESCRIPTION: property of an urban nature that is described as follows: a house and its corresponding urban plot located in the center of the city of Sonsonate, in front of the Rafael Campos park, the house has adobe walls and a tile roof, and built on a plot that measures eleven meters twenty centimeters from the front, by eighteen meters deep, with a surface of TWO HUNDRED ONE POINT SIXTY SQUARE METERS, and borders to the east with the house and lot of the succession of Dona Dorotea de Trigueros, the same as the North, to the West with the house of the succession of Mrs. Francisca de Lievano and to the South, mediating the street with Rafael Campo park, registered with the registration ONE ZERO ZERO ZERO TWO FIVE FOUR THREE – ZERO ZERO ZERO ZERO ZERO, in the Real Estate and Mortgages Reegistry of the Third Section of the West of the department of Sonsonate, Republic of El Salvador.

3. The Trustee is authorized to refer to the Debtor and Roberto by the names they are known by and as in El Salvador in all conveyance documents to be executed by the Trustee in place of the Debtor and in all documents to be filed in El Salvador in connection with the conveyance of title to Roberto and the registration of that title. Specifically, the Debtor shall be referred to and identified by the name Jorge Ricardo Orantes Alvarez, and Roberto shall be referred to and identified by the name Roberto Enrique Orantes Alvarez in all documents executed or filed in El Salvador in connection

with the conveyance of the Property interest or the registration of title to the Property interest purchased by Roberto.

4. To the extent necessary to convey the Estate's interest in the Property to Roberto, and for Roberto to register the Property interest in his name with the National Registry Center of El Salvador, the Trustee is authorized to include the unique identification number and unique tax identification number of the Debtor and Roberto, as issued by the government of El Salvador, on any and all documents required to accomplish such registration.

Dated: Central Islip, New York  
       February 1, 2022

                                                                          /s/ Robert E. Grossman  
                                                           **Robert E. Grossman**  
                                                           **United States Bankruptcy Judge**